**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KRAUS J. BRUNO,**<br><br>**Defendant.** | **PO 26-05016-BU-KLD**<br><br>**ORDER**<br><br>**Violation No.: F0EF001E**<br>**Location Code: M4B** |

Before the Court is the motion of the United States to set collateral and quash any warrants issued in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $105.00 for Violation No. F0EF001E within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED that any warrant issued in this matter is QUASHED.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this 15th day of September, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge